Honorable Tiffany M. Cartwright

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| DAYLYNNE SINGLETON, as Administrator of the ESTATE OF SHELLY ANN MONAHAN, and on behalf of all statutory beneficiaries thereof, including JM, SM, AM, RV, ROSIE MONAHAN, KEITH MONOHAN, and RAY EDWARD MARTINEZ,<br><br>Plaintiffs,<br><br>v.<br><br>CLARK COUNTY, a county of the State of Washington, NAPHCARE, INC., an Alabama Corporation, ALYSSA CLARKE, LEXIE HUNTER, ROSE MAINAH, SHANNON PARIS, JULI PFAU, KAYLEA TRIPP, AMANDA BIVER, ALEXANDRA SLISS, JAMES EASTMAN, CHANELLE HACKNEY, DANIEL GORECKI, AUSTIN E. CLOYD, IAN DAVID FRAZIER, RAY BETTGER, KEITH JONES, JUSTIN SHOEMAKER, CLARK COUNTY JOHN DOES ONE THROUGH TEN, in their individual and official capacity, and NAPHCARE JOHN DOES ONE THROUGH TEN, in their individual and official capacity,<br><br>Defendants. | NO. 3:24-cv-05392-TMC<br><br>**STIPULATION AND ORDER FOR WITHDRAWAL OF ATTORNEYS FOR DEFENDANTS CLARK COUNTY, AUSTIN CLOYD, DAVID FRAZIER, RAY BETTGER, KEITH JONES, AND JUSTIN SHOEMAKER**<br><br>**NOTE ON MOTION CALENDAR:**<br>**September 26, 2024** |

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEYS - 1
NO. 3:24-cv-05392-TMC

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

| EVERGREEN PLAZA BLDG | BELLINGHAM OFFICE |
|---|---|
| 711 CAPITOL WAY S., STE 602 | 1223 COMMERCIAL STREET |
| OLYMPIA, WA 98501 | BELLINGHAM, WA 98225 |
| PH.: (360) 534-9960 | PH.: (360) 752-2000 |
| FAX: (360) 534-9959 | FAX: (360) 752-2771 |

EMAIL: allison@ssslawgroup.com

The Parties to the above-captioned matter hereby stipulate to the withdrawal of Allison Croft and Melissa Nelson of the law firm Simmons Sweeney Freimund Smith Tardif, PLLC as attorneys for Defendants Clark County, Austin Cloyd, David Frazier, Ray Bettger, Keith Jones, and Justin Shoemaker.

Ann Trivett and Audrey Airut-Murphy of Keating, Bucklin & McCormack, Inc., P.S. will continue to serve as the attorneys of record for Defendants Clark County, Austin Cloyd, David Frazier, Ray Bettger, Keith Jones, and Justin Shoemaker. (Dkt. 26).

This Stipulation is submitted with the knowledge and consent of Defendants Clark County, Austin Cloyd, David Frazier, Ray Bettger, Keith Jones, and Justin Shoemaker. As shown by the attached Proof of Service, notice of this Stipulation has been served on all parties, including the representatives for Defendants Clark County, Austin Cloyd, David Frazier, Ray Bettger, Keith Jones, and Justin Shoemaker, in accordance with Local Rule 83.2(b).

A proposed Order follows the parties' signatures.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated this 26th day of September 2024.

| SIMMONS SWEENEY FREIMUND SMITH TARDIF, PLLC | KEATING, BUCKLIN & McCORMACK, INC., P.S. |
|---|---|
| s/ *Allison Croft* <br> ALLISON CROFT, WSBA NO. 30486 | s/ *Ann E. Trivett* (email auth. 9/24/24) <br> ANN E. TRIVETT, WSBA NO. 39228 |
| s/ *Melissa Nelson* <br> MELISSA NELSON, WSBA NO. 17439 <br> 711 Capitol Way South, Suite 602 <br> Olympia, WA 98501 <br> Tel: (360) 534-9960 <br> allison@ssslawgroup.com <br> melissa@ssslawgroup.com <br> *Withdrawing Special Deputy Prosecuting Attorneys for Defendants Clark County, Austin Cloyd, David Frazier, Ray Bettger, Keith Jones, and Justin Shoemaker* | s/ *Audrey Airut Murphy* (email auth. 9/24/24) <br> AUDREY AIRUT MURPHY, WSBA 56833 <br> 801 Second Avenue, Suite 1210 <br> Seattle, WA 98104 <br> Tel: (206)623-8861 <br> atrivett@kbmlawyers.com <br> amurphy@kbmlawyers.com <br> *Attorney for Defendants Clark County, Austin Cloyd, David Frazier, Ray Bettger, Keith Jones, and Justin Shoemaker* |

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEYS - 2
NO. 3:24-cv-05392-TMC

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG — BELLINGHAM OFFICE
711 CAPITOL WAY S., STE 602 — 1223 COMMERCIAL STREET
OLYMPIA, WA 98501 — BELLINGHAM, WA 98225
PH.: (360) 534-9960 — PH.: (360) 752-2000
FAX: (360) 534-9959 — FAX: (360) 752-2771
EMAIL: allison@ssslawgroup.com

KRUTCH LINDELL BINGHAM JONES, P.S.

s/ *J. Nathan Bingham* (email auth. 9/23/24)
J. NATHAN BINGHAM, WSBA NO. 46325
JAMES T. ANDERSON, WSBA NO. 40494
JEFFREY C. JONES, WSBA NO. 7670
3316 Fuhrman Ave E., Suite 250
Seattle, WA 98102
Tel: (206) 682-1505
jnb@krutchlindell.com
jta@krutchlindell.com
jcj@krutchlindell.com
*Attorneys for Plaintiffs*

s/ *Jay H. Krulewitch* (email auth. 9/23/24)
JAY H. KRULEWITCH, WSBA NO. 17612
PO Box 33546
Seattle, WA 98133
Tel: (206) 233-0828
jay@krulewitchlaw.com
*Attorney for Plaintiffs*

PERKINS COIE LLP

s/ *David A. Perez* (email auth. 9/23/24)
DAVID A. PEREZ, WSBA NO. 43959
MEGAN K. HOULIHAN, WSBA NO. 53293
ADRIANNA SIMONELLI, WSBA NO. 58472
1201 Third Avenue, Ste. 4900
Seattle, WA 98101-3099
Tel: (206) 359-8000
dperez@perkinscoie.com
mhoulihan@perkinscoie.com
asimonelli@perkinscoie.com
*Attorneys for Defendants NaphCare, Inc., Alyssa Clarke, Lexie Hunter, Rose Mainah, Shannon Paris, Julie Pfau, Kaylea Tripp, Amanda Biver, James Eastman, Alexandria Sliss, Chanelle Hackney, and Daniel Gorecki*

**ORDER (PROPOSED)**

Based on the foregoing stipulation, the Court hereby ORDERS that the withdrawal of Allison Croft and Melissa Nelson of the law firm Simmons Sweeney Freimund Smith Tardif, PLLC as attorneys for Defendants Clark County, Austin Cloyd, David Frazier, Ray Bettger, Keith Jones, and Justin Shoemaker is hereby GRANTED. Ann Trivett and Audrey Airut-Murphy of Keating, Bucklin & McCormack, Inc., P.S. will continue to serve as the attorneys of record for Defendants

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEYS - 3
NO. 3:24-cv-05392-TMC

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

EMAIL: allison@ssslawgroup.com

1  Clark County, Austin Cloyd, David Frazier, Ray Bettger, Keith Jones, and Justin Shoemaker.
2  (Dkt. 26).
3      DATED this 26th day of September 2024.

_____
Tiffany M. Cartwright
United States District Judge

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEYS - 4
NO. 3:24-cv-05392-TMC

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC

EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

EMAIL: allison@ssslawgroup.com

**PROOF OF SERVICE**

I hereby certify that on September 26th, 2024, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Jay H. Krulewitch, jay@krulewitchlaw.com

David A. Perez, DPerez@perkinscoie.com

Megan K. Houlihan, MHoulihan@perkinscoie.com

Adrianna Simonelli, ASimonelli@perkinscoie.com

Jeffry K. Finer, jeffry@finerwinn.com

Ann Trivett, atrivett@kbmlawyers.com

Audrey M. Airut Murphy, amurphy@kbmlawyers.com

J. Nathan Bingham, jnb@krutchlindell.com

James T. Anderson, jta@krutchlindell.com

Jeffrey C. Jones, jcj@krutchlindell.com

I further certify that a copy of this filing was emailed to Amanda Migchelbrink and Leslie Lopez, Representatives for Defendants Clark County, Austin Cloyd, David Frazier, Ray Bettger, Keith Jones, and Justin Shoemaker at Amanda.Migchelbrink@clark.wa.gov and Leslie.Lopez@clark.wa.gov.

I further certify under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct.

DATED this 26th day of September 2024, at Chehalis, Washington.

s/ *Casey Miller*
CASEY MILLER, Paralegal

STIPULATION AND ORDER FOR
WITHDRAWAL OF ATTORNEYS - 5
NO. 3:24-cv-05392-TMC

SIMMONS SWEENEY FREIMUND SMITH TARDIF PLLC
EVERGREEN PLAZA BLDG
711 CAPITOL WAY S., STE 602
OLYMPIA, WA 98501
PH.: (360) 534-9960
FAX: (360) 534-9959

BELLINGHAM OFFICE
1223 COMMERCIAL STREET
BELLINGHAM, WA 98225
PH.: (360) 752-2000
FAX: (360) 752-2771

EMAIL: allison@ssslawgroup.com