THE HONORABLE TIFFANY M. CARTWRIGHT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DALYNNE SINGLETON, et al.,

    Plaintiffs,

vs.

CLARK COUNTY, et al.,

    Defendants.

NO. 3:24-cv-05392-TMC

ORDER GRANTING PLAINTIFFS' UNOPPOSED PETITION FOR APPOINTMENT OF SETTLEMENT GUARDIAN AD LITEM

NOTE ON MOTION CALENDAR: MAY 8, 2025

Plaintiffs' unopposed petition, Dkt. #55, for appointment of a settlement guardian ad litem for the minor beneficiaries, J.M., S.M., and R.M., pursuant to LCR 17(c) and Special Proceedings Rule ("SPR") 98.16W is GRANTED.

Katrina B. Durkin is hereby appointed as settlement guardian ad litem for J.M., S.M., and R.M., and shall discharge the duties and obligations set forth in LCR 17(c) and SPR 98.16W. Ms. Durkin shall file, under seal, within thirty (30) days of this Order, a written report consistent with SPR 98.16W(e).

Plaintiffs' counsel is directed to provide a copy of this order to Ms. Durkin immediately upon receipt of this order.

//

//

ORDER GRANTING PLAINTIFFS' UNOPPOSED PETITION TO APPOINT SETTLEMENT GUARDIAN AD LITEM - 1

Krutch Lindell Bingham Jones, P.S.
3316 Fuhrman Ave E
Suite 250
Seattle, Washington 98102
TEL. 206.682.1505 • FAX 206.467.1823

| | |
|---|---|
| 1 | IT IS SO ORDERED. |
| 2 | Dated this 9th day of May, 2025. |

_____
Honorable Tiffany M. Cartwright
United States District Judge

Presented by:

JAY H. KRULEWITCH, ATTORNEY AT LAW

By: /s/ Jay Krulewitch
   Jay Krulewitch, WSBA #17612
   P.O. Box 33546
   Seattle, WA 98133
   Telephone: (206) 233-0828
   Facsimile: (206) 628-0794
   Email: jay@krulewitchlaw.com

KRUTCH LINDELL BINGHAM JONES, P.S.

By: /s/ J. Nathan Bingham
   J. Nathan Bingham, WSBA #46325
   Jeffrey C. Jones, WSBA #7670
   James T. Anderson, WSBA #40494
   3316 Fuhrman Ave E, Suite 250
   Seattle, Washington 98102
   Telephone: (206) 682-1505
   Facsimile: (206) 467-1823
   Email: jnb@krutchlindell.com
   jcj@krutchlindell.com
   jta@krutchlindell.com

*Attorney for Plaintiffs*

ORDER GRANTING PLAINTIFFS' UNOPPOSED PETITION TO APPOINT SETTLEMENT GUARDIAN AD LITEM - 2